# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF GEORGIA
### 475 MULBERRY STREET
### POST OFFICE BOX 833
### MACON, GEORGIA 31202

CHAMBERS OF
HUGH LAWSON
JUDGE

AREA CODE 478
TEL: 752-3591
FAX: 752-8164

August 9, 2004

Ms. Mary M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, NE
Washington, D.C.   20544

Dear Ms. Lisi:

I received your letter of July 12, 2004 asking for additional information applicable to my 2003 Financial Disclosure Report.

Rather than write a letter with explanations and changes as I have done in the past, I am simply filing an amended report as your letter suggests and am sending the required three copies.

If further information is required, please feel free to contact me.

Hugh Lawson

HL/nbp
enclosures 3

RECEIVED
Aug 16  II 12 AM '04
FINANCIAL
DISCLOSURE OFFICE

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLO URE REPORT<br>Calendar Year 2003 | Report Required by the  hics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Lawson, Jr., Roger H | 2. Court or Org  ization<br>Middle District, Georgia | 3. Date of Report<br>4/20/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>P.O. Box 838<br>475 Mulberry Street<br>Macon, Georgia 31202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Executor | Estate #1 |
| 2.   Executor | Estate #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.   01/01/96 | Georgia Retirement System for Superior Court Judges |

RECEIVED
Aug 16 11 12 AM '04
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Georgia Retirement System of Superior Court Judges | 77,201 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)  .

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | State of Georgia Teachers Retirement System |
| 2. | 2003 | First United Methodist Church |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERAL JUDGE ASSOCIATION | REIMBURSEMENT FOR TRANSPORTATION AND FOOD FOR A MEETING HELD IN WASHINGTON D.C., MAY 3 THRU MAY 5 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   MGeorgia Bankshares Common Stock (SunMark) | A | Dividend | J | U | | | | | See note in<br>Section VIII |
| 2.   AMSouth Bank Corp. Common Stock | B | Dividend | K | T | | | | | |
| 3.   Coca-Cola Common Stock | A | Dividend | K | T | | | | | |
| 4.   Nuveen Flagship GA Tax Exempt Income Fund -<br>Municipal Bond A | D | Dividend | M | T | | | | | |
| 5.   Peach State Reserves - GA Retirement Inv Plan -<br>457 Plan | | | | | | | | | |
| 6.   - Fidelity OTC Portfolio | A | Dividend | J | T | | | | | |
| 7.   - MFS Research Fund - Class A | A | Dividend | J | T | | | | | |
| 8.   - Vanguard Institutional Index Fund | A | Dividend | K | T | | | | | |
| 9.   Salomon Smith Barney IRA | | | | | | | | | |
| 10.   - Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 11.   - Aggressive Growth Fund Class B | | None | J | T | | | | | |
| 12.   - Fundamental Value Fund Class B | | None | J | T | | | | | |
| 13.   - Capitalization Growth Fund Class B | | None | K | T | | | | | |
| 14.   Salomon Smith Barney IRA | | | | | | | | | |
| 15.   - Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 16.   - Aggressive Growth Fund Class B | | None | J | T | | | | | |
| 17.   - Fundamental Value Fund Class B | | None | J | T | | | | | |
| 18.   - Capitalization Growth Fund Class B | | None | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)   S = Assessment      T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. - Transamerica Life Ins Co. Transamerica Landmark Annuity | | None | L | T | | | | | |
| 20. - Transamerica Life Ins Co. Transamerica Landmark Annunity | | None | J | T | | | | | |
| 21. ESTATE #1 | | | | | | | | | |
| 22. - ▮▮▮▮ Subdivision Pulaski County, GA | B | None | O | W | Partial Sel | 09/30 | J | B | See note in Section VIII |
| 23. - Franklin GA Tax-Free IncomeFund - Class A | C | Dividend | L | T | | | | | See note in Section VIII |
| 24. ESTATE #2 | | | | | | | | | |
| 25. - Evergreen Investment | A | Dividend | K | T | | | | | See note in Section VIII |
| 26. Rental House, Watson, Hawkinsville, GA | C | Rent | K | W | | | | | |
| 27. Land Pulaski County, Georgia Und. Interest | C | Rent | K | W | | | | | |
| 28. Rental House, McCormick, Hawkinsville, GA Und. Interest | C | Rent | K | W | | | | | |
| 29. SalomonSmithBarney | | | | | | | | | |
| 30. - Chesapeake Energy Corporation Common | A | Dividend | J | T | | | | | |
| 31. - Fride Goldman Halter Common | A | Dividend | J | T | | | | | |
| 32. - Miller Exploration Company Common | | None | J | T | Merger | 12/10 | | | Merger with Edge Pete Corp |
| 33. - Edge Pete Corp Del | | None | J | T | Parital Sel | 12/10 | J | A | See note in Section VIII |
| 34. - Petroleum Development Corp Common | A | Dividend | J | T | | | | | |
| 35. SunMark Community Bank - Accounts | A | Interest | J | T | | | | | |
| 36. SalomonSmithBarney | | | | | | | | | |

1. Income/Gain Codes:    A. = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - CitiBank NA | A | Interest | J | T | | | | | |
| 38. - Abbott Laboratories Common | A | Dividend | J | T | | | | | |
| 39. - American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 40. - Time Warner Inc | | None | J | T | | | | | |
| 41. - Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 42. - CVS Corp Common | A | Dividend | J | T | | | | | |
| 43. - Chesapeake Enery Corp | A | Dividend | J | T | Buy | 11/19 | J | | See note in Section VIII |
| 44. - ChevronTexaco Corp Common | A | Dividend | J | T | | | | | |
| 45. - Cintas Corp Common | A | Dividend | J | T | | | | | |
| 46. - Coca-Cola Co Common | A | Dividend | J | T | | | | | |
| 47. - Delta Air Lines Inc DE Common | A | Dividend | | | Sell | 11/18 | J | | See note in Section VIII |
| 48. - Walt Disney Co Common | A | Dividend | J | T | | | | | |
| 49. - E I Dupont De Nemours & Co Common | A | Dividend | J | T | | | | | |
| 50. - Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 51. - Franklin GA Tax Free | B | Dividend | | | Sell | 11/18 | L | B | See note in Section VIII |
| 52. - General Electric Co Common | A | Dividend | J | T | Buy | 11/19 | J | | |
| 53. - Illinois Tool Works Inc Common | A | Dividend | J | T | | | | | |
| 54. - Intel Corp Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 4/2 2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. - Intl Business Machines Corp Common | A | Dividend | J | T | | | | | |
| 56. - Eli Lilly & Co Common | A | Dividend | J | T | | | | | |
| 57. - McDonald's Corp Common | A | Dividend | J | T | | | | | |
| 58. - Medtronic Inc Common | A | Dividend | J | T | | | | | |
| 59. - Merck & Co Inc Common | A | Dividend | J | T | | | | | See note in Section VIII |
| 60. - Merrill Lynch & Co Inc Common | A | Dividend | J | T | | | | | |
| 61. - Pfizer Inc Common | A | Dividend | J | T | Buy | 11/19 | J | | |
| 62. - Procter & Gamble Co Common | A | Dividend | J | T | | | | | |
| 63. - SBC Communications Inc Common | A | Dividend | J | T | | | | | |
| 64. - Schering Plough Corp Common | A | Dividend | J | T | | | | | |
| 65. - Smith Barney Aggressive Growth Fund CL B | | None | J | T | | | | | |
| 66. - Smith Barney Appreciation Fund CL B | | None | J | T | | | | | |
| 67. - Smith Barney Small Cap Value Fund Class B | A | Dividend | J | T | | | | | See note in Section VIII |
| 68. - Smith Barney Managed Gov't Fund CL B | A | Dividend | K | T | | | | | See note in Section VIII |
| 69. - Smith Barney Fundamental Value Fund CL A | | None | J | T | | | | | |
| 70. - Van Kampen Equity and Income Fund Class B | A | Dividend | K | T | Buy | 05/01 | K | | See note in Section VIII |
| 71. - Washington Mutual Investors Fund Class A | A | Dividend | L | T | Buy | 11/19 | L | | See note in Section VIII |
| 72. - Walgreen Co New Common | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Wells Fargo & Co New Common | A | Dividend | J | T | | | | | |
| 74. - EMC Corp - Mass | | None | | | Sell | 11/18 | J | | See note in Section VIII |
| 75. - Nasdaq 100 Trust Ser 1 | A | Dividend | J | T | | | | | |
| 76. ▆▆▆ Living Trust ▆▆▆ Trustee | A | Interest | | | Closed | | | | See note in Section VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

SECTION VII - INVESTMENTS AND TRUSTS

ITEM #51    - The Franklin Templeton Investments were inadvertently omitted from the previous year report.

ITEM #26 on the original report, Franklin GA Tax-Free Income Fund was moved to Item #23 since it was part of Estate #1.

THE FOLLOWING ARE CHANGES MADE TO THE 2003 FINANCIAL DISCLOSURE REPORT
The item numbers have been changed due to additional information that was added to the original report.
The new item numbers are enclosed in parenthesis.

FIRST INFORMATION PARAGRAPH

Part VII, page 2, line 21 (22), Column D(3) was changed to Code J

Part VII, page 3, line 41 (43), Column D(3) was changed to Code J

SECOND INFORMATION PARAGRAPH

ITEM #1
Part VII, Part 1, line 1, Estate #1 -The assets for this estate have been designated asEstate #1 on the report. The item numbers in the report are #21 thru 23.

PartVII, Part 1, line 2, Estate #2 - The asset name for this estate hse been added to the report. The item numbers in the report are #24 and 25.

ITEM #2
Part IV, line 1, The location of the meeting has been added to the report. The meeting was held in Washington, D.C. The reimbursement was for travel and food.

ITEM #3
Part VII, page 1, line 1, Column C(2) - The code "U" is correct. The MGeorgia Bank Shares are not a publicly traded stock.

ITEM #4
Part VII, page 4 , line 57 (59) - A change was made to the sell of stock on the report, all of the sales were minor and did not total more than $1,000.

Part VII, page 4, line 65 (67) - A change was made to the purchase of stock on the report, all of the purchases were reinvestments of dividends.

Part VII, page 4 line 66 (68) - A change was made to the purchase of stock on the report, all of the purchases were reinvestments of dividends.

Part VII, page 4, line 68 (70) - The date of the purchase of stock, 05/01/03, was added to the report.

Part VII, page 4, line 69 (71) - The date of the purchase of stock, 11/9/03, was added to the report.

ITEM #5
Part VII, page 2, line 21 (22) - This was a partial sale. This information was added to the report.

Part VII, page 2, line 31 (33) - A change to the sell of stock was made on the report. This transaction was "Cash in Lieu" and was less than $1,000.

Part VII, page 3, line 45 (47) - The report has been corrected to show no value on the Delta Air Lines. All of this stock was sold.

Part VII, page 3, line 49 (51) - The report has been corrected to show no value on the Franklin GA Tax Free. All of this stock was sold.

Part VII, page 4, line 57 (59) - The report has been corrected to show the sell of stock was less than $1,000.

Part VII, page 4 (5), line 72 (74) - The report has been corrected to show no value on the EMC Corp stock. All of this stock was sold.

ITEM #6
Part VII, page 5, line 74 (76) - The assets of the ▮▮▮▮▮▮ Living Trust" were shown sold on the 2002 report. The only income left was interest received in 2003 when the closure was finalized.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lawson, Jr., Roger H | 4/20/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████    Date *Aug. 9, 2004*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Lawson, Jr., Roger H | 2. Court or Organization Middle District, Georgia | 3. Date of Report 4/20/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge, Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address P.O. Box 838 475 Mulberry Street Macon, Georgia 31202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executor | Estate #1 |
| 2. Executor | Estate #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/96 | Georgia Retirement System for Superior Court Judges |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting. | Date of Report |
|---|---|---|
| | Lawson, Jr., Roger H | 4/20/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Georgia Retirement System of Superior Court Judges | 77,201 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | State of Georgia Teachers Retirement System |
| 2. | 2003 | First United Methodist Church |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FEDERAL JUDGE ASSOCIATION | REIMBURSEMENT FOR TRAVEL TO MEETING MAY 3 THRU 5 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MGeorgia Bankshares Common Stock (SunMark) | A | Dividend | J | U | | | | | |
| 2. AMSouth Bank Corp. Common Stock | B | Dividend | K | T | | | | | |
| 3. Coca-Cola Common Stock | A | Dividend | K | T | | | | | |
| 4. Nuveen Flagship GA Tax Exempt Income Fund - Municipal Bond A | D | Dividend | M | T | | | | | |
| 5. Peach State Reserves - GA Retirement Inv Plan - 457 Plan | | | | | | | | | |
| 6. - Fidelity OTC Portfolio | A | Dividend | J | T | | | | | |
| 7. - MFS Research Fund - Class A | A | Dividend | J | T | | | | | |
| 8. - Vanguard Institutional Index Fund | A | Dividend | K | T | | | | | |
| 9. Salomon Smith Barney IRA | | | | | | | | | |
| 10. - Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 11. - Aggressive Growth Fund Class B | | None | J | T | | | | | |
| 12. - Fundamental Value Fund Class B | | None | J | T | | | | | |
| 13. - Capitalization Growth Fund Class B | | None | K | T | | | | | |
| 14. Salomon Smith Barney IRA | | | – | | | | | | |
| 15. - Money Funds Cash Portfolio Class A | A | Interest | J | T | | | | | |
| 16. - Aggressive Growth Fund Class B | | None | J | T | | | | | |
| 17. - Fundamental Value Fund Class B | | None | J | T | | | | | |
| 18. - Capitalization Growth Fund Class B | | None | J | T | | | | | |

| | | (A-H) | int.) | (J-P) | Method Code 3 (Q-W) | merger, redemption) | from | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Day | (J-P) | 1 (A-H) | (5) |
| 19. | - Transamerica Life Ins Co. Transamerica Landmark Annuity | | None | L | T | | | | | |
| 20. | - Transamerica Life Ins Co. Transamerica Landmark Annuity | | None | J | T | | | | | |
| 21. | Subdivision Pulaski County, GA Undivided Interest | B | Sell | K | W | Sell | 09/30 | B | B | |
| 22. | Estate #2 Interest | A | Dividend | J | T | | | | | |
| 23. | Rental House, Watson, Hawkinsville, GA | C | Rent | K | W | | | | | |
| 24. | Land Pulaski County, Georgia Und. Interest | C | Rent | K | W | | | | | |
| 25. | Rental House, McCormick, Hawkinsville, GA Und. Interest | C | Rent | K | W | | | | | |
| 26. | Franklin GA Tax-Free Income Fund - Class A | C | Dividend | L | T | | | | | |
| 27. | SalomonSmithBarney | | | | | | | | | |
| 28. | - Chesapeake Energy Corporation Common | A | Dividend | J | T | | | | | |
| 29. | - Fride Goldman Halter Common | A | Dividend | J | T | | | | | |
| 30. | - Miller Exploration Company Common | | None | J | T | Merger | 12/10 | | | Merger with Edge Pete Corp |
| 31. | - Edge Pete Corp Del | | None | J | T | Sell | 12/10 | J | A | |
| 32. | - Petroleum Development Corp Common | A | Dividend | J | T | | | | | |
| | SunMark Community Bank - Accounts | A | Interest | J | T | | | | | |
| 34. | SalomonSmithBarney | | | | | | | | | |
| 35. | - CitiBank NA | A | Interest | J | T | | | | | |
| 36. | - Abbott Laboratories Common | A | Dividend | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. - American Intl Group Inc Common | A | Dividend | J | T | | | | | |
| 38. - Time Warner Inc | | None | J | T | | | | | |
| 39. - Automatic Data Processing Inc Common | A | Dividend | J | T | | | | | |
| 40. - CVS Corp Common | A | Dividend | J | T | | | | | |
| 41. - Chesapeake Enery Corp | A | Dividend | J | T | Buy | 11/19 | B | | |
| 42. - ChevronTexaco Corp Common | A | Dividend | J | T | | | | | |
| 43. - Cintas Corp Common | A | Dividend | J | T | | | | | |
| 44. - Coca-Cola Co Common | A | Dividend | J | T | | | | | |
| 45. - Delta Air Lines Inc DE Common | A | Dividend | J | T | Sell | 11/18 | J | | |
| 46. - Walt Disney Co Common | A | Dividend | J | T | | | | | |
| 47. - E I Dupont De Nemours & Co Common | A | Dividend | J | T | | | | | |
| 48. - Exxon Mobile Corp Common | A | Dividend | J | T | | | | | |
| 49. - Franklin GA Tax Free | B | Dividend | L | T | Sell | 11/18 | L | B | |
| 50. - General Electric Co Common | A | Dividend | J | T | Buy | 11/19 | J | | |
| 51. - Illinois Tool Works Inc Common | A | Dividend | J | T | | | | | |
| 52. - Intel Corp Common | A | Dividend | J | T | | | | | |
| 53. - Intl Business Machines Corp Common | A | Dividend | J | T | | | | | |
| 54. - Eli Lilly & Co Common | A | Dividend | J | T | | | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lawson, Jr., Roger H | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - McDonald's Corp Common | A | Dividend | J | T | | | | | |
| 56. - Medtronic Inc Common | A | Dividend | J | T | | | | | |
| 57. - Merck & Co Inc Common | A | Dividend | J | T | Sell | Var | J | A | |
| 58. - Merrill Lynch & Co Inc Common | A | Dividend | J | T | | | | | |
| 59. - Pfizer Inc Common | A | Dividend | J | T | Buy | 11/19 | J | | |
| 60. - Procter & Gamble Co Common | A | Dividend | J | T | | | | | |
| 61. - SBC Communications Inc Common | A | Dividend | J | T | | | | | |
| 62. - Schering Plough Corp Common | A | Dividend | J | T | | | | | |
| 63. - Smith Barney Aggressive Growth Fund CL B | | None | J | T | | | | | |
| 64. - Smith Barney Appreciation Fund CL B | | None | J | T | | | | | |
| 65. - Smith Barney Small Cap Value Fund Class B | A | Dividend | J | T | Buy | Var | J | | |
| 66. - Smith Barney Managed Gov't Fund CL B | A | Dividend | K | T | Buy | Var | K | | |
| 67. - Smith Barney Fundamental Value Fund CL A | | None | J | T | | | | | |
| 68. - Van Kampen Equity and Income Fund Class B | A | Dividend | K | T | Buy | Var | K | | -- |
| 69. - Washington Mutual Investors Fund Class A | A | Dividend | L | T | Buy | Var | L | | |
| 70. - Walgreen Co New Common | A | Dividend | J | T | | | | | |
| 71. - Wells Fargo & Co New Common | A | Dividend | J | T | | | | | |
| 72. - EMC Corp - Mass | | None | J | T | Sell | 11/18 | J | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lawson, Jr., Roger H | 4/20/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Nasdaq 100 Trust Ser 1 | A | Dividend | J | T | | | | | |
| 74. ▇▇▇ Living Trust ▇▇▇▇▇, Trustee | A | Interest | J | T | Closed | | | | |

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

SECTION VII - INVESTMENTS AND TRUSTS -The Franklin Templeton Investments were inadvertently omitted from the previous year report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                    Date ___5/6/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544